762

*Mr. Ewing Dean Colvin* for respondent.

No. 836. BENNETT ET AL. *v.* U. S. SHIPPING BOARD EMERGENCY FLEET CORPORATION ET AL. May 26, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Ashby Williams* for petitioners. *Solicitor General Thacher, Messrs. Claude. R. Branch, J. Frank Staley,* and *W. Marvin Smith* for respondents.

No. 838. FLOWERS *v.* POSITYPE CORP. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Francis X. Busch* for petitioner. *Mr. R. Randolph Hicks* for respondent.

No. 839. FLORIDA NATIONAL BANK ET AL. *v.* EVANS. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walter A. Harris* for petitioners. *Mr. John R. L. Smith* for respondent.

No. 840. WESTERN & ATLANTIC RAILROAD *v.* LOCHRIDGE, ADMINISTRATRIX. May 26, 1930. Petition for writ of certiorari to the Supreme Court of Georgia denied. *Messrs. Fitzgerald Hall* and *Frank Slemons* for petitioner. *Mr. Samuel D. Hewlett* for respondent.

No. 848. CABANGIS *v.* PHILIPPINE ISLANDS. May 26, 1930. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Messrs. Pedro Guevara*

and *Claro M. Recto* for petitioners. *Messrs. William Cattron Rigby, W. A. Graham,* and *Edward A. Kreger* for respondent.

No. 850. RAUSCH, ADMINISTRATOR, *v.* COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSN. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. James C. Jones, Frank H. Sullivan,* and *James C. Jones, Jr.,* for petitioner. No appearance for respondent.

No. 855. THEARD, RECEIVER AND TRUSTEE, ET AL. *v.* BUSHONG. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Joseph W. Carroll* and *Delvaille H. Theard* for petitioners. *Mr. John D. Miller* for respondent.

No. 861. JACKSON *v.* NORRIS ET AL. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Crandall Mackey* for petitioner. *Messrs. Mark McMahon* and *Gillis A. Johnson* for respondents.

No. 875. CITY OF SHREVEPORT ET AL. *v.* SHREVEPORT RAILWAYS Co. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Frank J. Looney* for petitioners. *Messrs. W. H. Armbrecht* and *A. B. Freyer* for respondent.

No. 953. SAMPSELL ET AL. *v.* CALIFORNIA. June 2, 1930. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California, and motion